IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Respondent, | ) | Case Nos.   CV-06-469-S-BLW |
| | ) | CR-04-229-S-BLW |
| v. | ) | |
| | ) | **JUDGMENT** |
| CHRISTOPHER DALE BRIGGS, | ) | |
| | ) | |
| Defendant-Movant. | ) | |
| | ) | |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by CHRISTOPHER DALE BRIGGS is DENIED and Case No. CV-06-469-S-BLW is DISMISSED with prejudice.

DATED:  **May 7, 2007**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**